**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

**Dated: October 27, 2009**



_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| RENEE ROSS, | CASE NO.: 4:08-bk-22309-EWH |
| Debtor. | |
| U.S. BANK NATIONAL ASSOCIATION, as successor Trustee to Bank of America, National Association, as successor by merger to LaSalle Bank, N.A., as Trustee for the MLMI Trust Series 2006-AHL1, | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | |
| v. | |
| RENEE ROSS, Debtor; and GAYLE ESKAY MILLS, Chapter 7 Trustee. | |
| Respondents. | |

Movant U.S. Bank National Association, as successor Trustee to Bank of America, National Association, as successor by merger to LaSalle Bank, N.A., as Trustee for the MLMI Trust Series 2006-AHL1's Motion for Relief from the Automatic Stay and Notice having been duly served upon Respondent In Pro Per and the Chapter 7 Trustee, and no objection having been received, and good cause appearing therefor,

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The automatic stay of 11 U.S.C. § 362 is hereby terminated as it applies to Movant regarding property commonly known as 2916 N. 63rd Street, Mesa, Arizona 85215 (the "Real Property") and legally described as:

> LOT 42, MESA DESERT HEIGHTS, ACCORDING TO BOOK 275 OF MAPS, PAGE 10, AND CERTIFICATE OF CORRECTION RECORDED IN RECORDING NO. 84-527435, RECORDS OF MARICOPA COUNTY, ARIZONA.
>
> EXCEPT ALL GAS, OIL, METALS AND MINERALS RIGHTS AS RESERVED IN PATENT FROM THE STATE OF ARIZONA

2. Movant may offer and provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

3. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code; and

4. Counsel for Movant is to serve a copy of this Order immediately upon Debtor and the Chapter 7 Trustee, and all other interested parties entitled to Notice of Motion.

DATED this ____ day of _____, 2009.



_____
UNITED STATES BANKRUPTCY JUDGE